■ In the Matter of the Estate of NORMAN W. ROE, Deceased. BANK OF NEW YORK et al., Executors of NORMAN W. ROE, Deceased, Respondents; ARTHUR E. McINERNEY, Guardian ad Litem for WILLIAM B. OWEN, III, an Infant, Appellant.— Order of the Surrogate's Court, Suffolk County, entered December 20, 1971, affirmed insofar as appealed from, without costs. No opinion. Appeal from part of a decree of the same court, entered October 13, 1971, dismissed, without costs, as academic. That portion of the decree was superseded by the order entered December 20, 1971, which granted renewal and reargument. Munder, Acting P. J., Latham, Gulotta, Brennan and Benjamin, JJ., concur.

■ In the Matter of the Estate of OSCAR WEINER, Deceased. GERTRUDE WEINER, Appellant; RICHARD GATES, as Executor of OSCAR WEINER, Deceased, et al., Respondents.— This appeal by the testator's widow, in a proceeding inter alia to construe the will, is, according to her notice of appeal, from a supplementary decree of the Surrogate's Court, Nassau County, dated June 26, 1970. However, it is clear that what appellant actually is appealing from is the original decree of the same court, dated April 9, 1970; and appellant has limited the appeal, by her brief, to so much of that decree as determined adversely to her the issue with respect to 220 shares of corporate stock. The notice of appeal is hereby amended to indicate that the appeal was taken from the decree dated April 9, 1970. Decree of April 9, 1970 affirmed insofar as appealed from, with one bill of $10 costs and disbursements jointly to respondents appearing separately and filing separate briefs, payable by appellant personally. No opinion. Munder, Acting P. J., Latham, Gulotta, Brennan and Benjamin, JJ., concur.